**No. 50711.**—Protests 10718–K, etc., of Kwong Kee Jan & Co. et al. (San Francisco).

Opinion by COLE, J. It was conceded that certain items of the merchandise consist of ve-tsin similar in all material respects as that passed upon in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). On the established facts the merchandise, which includes salt as a substantial component part thereof, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.